UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>$10,000.00 IN UNITED STATES CURRENCY;<br>  *Defendant*.<br><br>[CLAIMANT:  CHRISTINA GARCIA] | Civil No.<br><br><br><br><br><br><br><br>September 24, 2024 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $10,000.00 in United States Currency ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

5. On June 27, 2024, Christina Garcia submitted an administrative claim of ownership to the Defendant Asset $10,000.00 in United States Currency.

1

**Background of Investigation**

6. Since approximately December of 2021, law enforcement has been investigating the Kyle Petersen ("Petersen") drug trafficking organization, including, *inter alia*, his associate Onix Garcia.

7. On November 7, 2023, November 9, 2023, and February 8, 2024, law enforcement conducted surveillance of Petersen and others, including Onix Garcia, during which officers observed multiple narcotics transactions.

8. On February 20, 2024, law enforcement conducted a trash pull operation from the garbage belonging to the residents of 7 Rhodes Street 2nd Floor, New Britain, Connecticut ("7 Rhodes Street"), the residence of Onix and Christina Garcia. Law enforcement observed Onix Garcia taking his trash bin to the curbside in front of 7 Rhodes Street. On February 21, 2024, law enforcement removed several bags of the trash from the bin and examined the contents. Law enforcement found a black and clear vacuum seal bag containing marijuana residue, sized to hold one pound of marijuana or more, and labeled "Bubba Octane." Law enforcement also found a Priority Mail label addressed to Christina Garcia at 7 Rhodes Street.

9. On March 8, 2024, law enforcement conducted another trash pull operation from the garbage belonging to the residents of 7 Rhodes Street. Law enforcement approached the trash bin and removed several bags of refuse and searched the bags. Law enforcement located 8 black and clear vacuum seal bags with marijuana residue, each sized to hold a pound or more of marijuana, some of which were labeled with dollar amounts ranging to a maximum of $1,500.00. Two of the smaller ziploc bags were labeled "Runtz and

Cream." Law enforcement also located two food delivery receipts in the name of "Christina G."

10. On April 3, 2024, law enforcement executed a Federal Search and Seizure Warrant on 7 Rhodes Street. Onix Garcia was not present but his wife, Christina Garcia, was there. During the search, law enforcement located and seized 6 glassine bags which contained 215.7 grams of marijuana. Additionally, law enforcement found and seized $10,000.00 (the Defendant Asset) in a safe in Onix and Christina Garcia's bedroom. A money counter was also found in the bedroom.



3





11. Before law enforcement opened the safe, Christina Garcia told them that she did not know what was in the safe and, that whatever was in the safe, belonged to Onix. After being told by law enforcement that the safe only contained cash, she further stated that she did not know how much cash was in the safe, and that Onix put the cash in the safe.

12. Christina Garcia made an administrative claim to the Defendant Asset. In her administrative claim, Christina Garcia represented that "nothing was taken or found" outside out the Defendant Asset. She also claimed to own the Defendant Asset, which was located in the safe.

13. Christina Garcia's statements in her administrative claim were inconsistent with the 215.7 grams of marijuana found by law enforcement on the day of the search as well as her own statements to law enforcement on that day.

## **CONCLUSION**

14. Based on the above information, it is believed that $10,000.00 in United States Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

15. The Defendant Asset represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $10,000.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

        VANESSA ROBERTS AVERY,
        UNITED STATES ATTORNEY

By: /S/ David C. Nelson
     David C. Nelson (ct25640)
     Assistant U.S. Attorney
     157 Church Street, 24th Floor
     New Haven, Connecticut 06510
     Tel:  (203) 821-3700
     Fax:  (203) 773-5373
     David.C.Nelson@usdoj.gov

**DECLARATION**

I am a Special Agent with the Drug Enforcement Administration, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of September 2024.

/s/ Jonah Mazzacane
JONAH MAZZACANE
SPECIAL AGENT, DEA